# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KAWAMI SHANNON, et al., | ) | No. CV 14-9752-FMO (PLA) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| SIMI VALLEY SCHOOL DISTRICT, et al., | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 15, 2015

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE